IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,　　　　　　　　　　No. C 13-4777 CW (PR)

　　　　Petitioner,　　　　　　　　　　ORDER OF DISMISSAL

　　v.

STEVE FREITAS, SONOMA COUNTY
SHERIFF, MAIN ADULT DETENTION
FACILITY, DR. FADAKI,

　　　　Respondents.
　　　　　　　　　　　　　　　　　　/

　　On October 15, 2013, pro se Petitioner Paul Samuel Johnson filed this action on a form for a petition for a writ of habeas corpus and the Clerk entered it on the docket as a petition for a writ of habeas corpus. However, the second page of the petition indicates that it is a civil rights complaint regarding Petitioner's medical treatment at the County Jail.

　　On the same day the "petition" was filed, the Clerk of the Court sent Petitioner a notice indicating that his application to proceed in forma pauperis was defective because he had not submitted a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the jail and he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. See Doc. no. 3. The notice indicated that Petitioner must file the necessary documents or pay

the $5.00 filing fee within thirty days from the date of the notice or his action would be dismissed, the file closed and the entire fee would become due.

More than thirty days have passed and Petitioner has not filed the required documents or paid the $5.00 filing fee. Therefore, this case is dismissed without prejudice to re-filing in a new case.[1]

The Clerk shall terminate all motions and close the file.

IT IS SO ORDERED.

Dated: 12/10/2013

CLAUDIA WILKEN
United States District Judge

---

[1] If Petitioner re-files this case, he is advised to use the civil rights complaint form.

2